UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:   Econometric Management, Inc.            Case No.   **10-35551-11**

                                                 Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Howard Blakeslee<br>21 Springfield Ave., #F6<br>Cranford, NJ 07016 | | Financing Transaction | | $1,000,000.00 |
| Robert Santarpia<br>9 Sybil Creek<br>Branford, CT 06405 | | Financing Transaction | | $500,000.00 |
| Riverside County<br>Treasurer-Tax Collector<br>PO Box 12005<br>Riverside, CA 92502 | | Real Property Taxes | | $45,000.00 |
| Bighorn Homeowners Association, Inc.<br>c/o Paul M. Vargas<br>Fiore Racobs & Powers<br>6820 Indiana Ave., Suite 140<br>Riverside, CA 92506 | | Homeowner's Association Dues | | $25,000.00 |
| PRM USVI Residential, LLC<br>118 N. Clinton Street, #LL366<br>Chicago, IL 60661 | | Non-Purchase Money | | $2,600.00 |
| PRM Hans Lollik Development, LLC<br>118 N. Clinton Street, #LL366<br>Chicago, IL 60661 | | Non-Purchase Money | | $75.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: Econometric Management, Inc.    Case No. 10-35551-11

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PRM Realty and Affiliates<br>118 N. Clinton Street<br>#LL366<br>Chicago, IL 60661 | | Payments Made on Behalf of Debtor | | $0.00 |
| Peter R. Morris<br>c/o Pronske and Patel, P.C.<br>2200 Ross Avenue<br>Suite 5350<br>Dallas, TX 75201 | | Payments Made on Behalf of Debtor | | $0.00 |
| Office of the Tax Assessor & Cadastral<br>No. 18 Kongens Gade<br>St. Thomas, VI 00802 | | Real Property Taxes | | $0.00 |
| Bighorn Properties<br>535 Mesquite Hills<br>Palm Desert, CA 92260 | | Brokerage Firm Fees | | $0.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 08/20/2010    Signature: /s/ Bruce Tizes
    **Bruce Tizes**
    **President**